USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,

v.

VAPE N SMOKE INC. and 269 ASSOCIATES, LLC,

                Defendant.

---

22-CV-4005 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    By Order dated August 22, 2022, the Court granted Defendants' request for an extension of time to respond to the complaint to September 19, 2022. To date, Defendants have not filed an answer or otherwise responded to the complaint. If Plaintiff intends to move for default judgment, she shall do so on or before November 3, 2022.

SO ORDERED.

Dated:    October 3, 2022
            New York, New York

                                      Ronnie Abrams
                                      United States District Judge